

# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
MIAMI
CAYMAN ISLANDS
BVI

August 23, 2012

**BY HAND DELIVERY**

Hon. Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007

          Re:    Securities & Exchange Commission v. Kareem Serageldin et al.
                 (12 CV 0796) (LTS) (ECF)

Dear Judge Swain:

      We represent Defendant Kareem Serageldin ("Defendant") in the above-captioned matter. We write, with the consent and agreement of the Plaintiff Securities and Exchange Commission and in light of continuing discussions between the parties, to request that the initial prehearing conference scheduled for September 14, 2012 be adjourned ~60 days to November 12, 2012, or to a date convenient for the Court. We request that all other associated obligations be extended accordingly, such that the Initial Conference Report and related documents shall be due seven days prior to the new conference date (that is, November 5, 2012 if the conference is reset for November 12) and Defendant's time to move, answer, or otherwise respond to the Complaint shall be due 21 days after the new conference date (if the conference is set for November 12, then by December 3, 2012).

      As noted in previous correspondence, a parallel criminal proceeding captioned *U.S. v. Serageldin*, 12 CR 90 (S.D.N.Y.), has been filed in this district. Given that proceeding's potential impact on this matter, and the time and expense required by the early stages of complex litigation such as this, Plaintiff and Defendant have agreed that it is in both parties' interest to temporarily postpone discussions regarding discovery disputes and other such topics until the criminal matter has advanced to a stage where the parties can better identify the factual and/or legal issues that require resolution here. We anticipate that the criminal matter may soon arrive at that stage.

      This is the first request submitted by the Defendant for an adjournment of this conference, and the second for a continuance of its deadline to respond to the complaint.

Hon. Laura Taylor Swain
August 23, 2012
Page 2

       We are of course available to respond to any questions or concerns the Court may have.

Respectfully submitted,

*Scott K. McCulloch/AC*

Sean P. Casey
Scott K. McCulloch
+1 212 488 1205

cc:    Howard Fischer, attorney for Plaintiff, by electronic mail.

*The initial conference is adjourned to November 16, 2012, at 10 AM and the related deadlines are modified accordingly.*

SO ORDERED
NEW YORK, NY
Sep 6, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE